IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| ARTEMIO MIRANDA MANUEL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-20-168-SLP |
| RALPH HANSON, et al., | ) | |
| Defendants. | ) | |

**O R D E R**

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered March 24, 2020 [Doc. No. 6]. Judge Erwin recommended that this action be dismissed without prejudice due to Plaintiff's failure to pay the initial partial filing fee of $98.88. A review of the Court's Docket indicates that Plaintiff paid $150.00 on March 30, 2020.

Therefore, the undersigned declines to adopt the Report and Recommendation [Doc. No. 6] and this matter is re-referred to the Magistrate Judge for further proceedings in accordance with the original Order of referral entered February 25, 2020 [Doc. No. 4].

IT IS SO ORDERED this 6th day of April, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE