IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARTEMIO MIRANDA MANUEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-20-168-SLP |
| RALPH HANSON, et al., | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered August 28, 2020 [Doc. No. 19]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendations of the Magistrate Judge are ADOPTED in its entirety.

IT IS THEREFORE ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 28th day of September, 2020

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE